2354-9381

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY HOCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., a business entity form unknown; WAL-MART STORES, INC.; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-05366-MRW<br><br>**ORDER ON JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>District Judge:　Not assigned<br>Magistrate Judge: Michael R. Wilner<br>Courtroom:　　　550<br>Complaint Filed: December 30, 2020<br>Trial Date:　　　Not set |

Upon consideration of Plaintiff DAISY HOCH's and Defendant WALMART INC.'s Joint Stipulation to Remand Action to State Court, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of the State of California, County of Los Angeles.

Dated: July 12, 2021

_____
Hon. Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE